# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| ALYSSON MILLS, IN HER CAPACITY AS RECEIVER FOR ARTHUR LAMAR ADAMS AND MADISON TIMBER PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANKPLUS; BANKPLUS WEALTH MANAGEMENT, LLC; GEE GEE PATRIDGE, VICE PRESIDENT AND CHIEF OPERATING OFFICER OF BANKPLUS; STEWART PATRIDGE; JASON COWGILL; MARTIN MURPHREE; MUTUAL OF OMAHA INSURANCE COMPANY; and MUTUAL OF OMAHA INVESTOR SERVICES, INC.,<br><br>Defendants. | Case No. 3:19-cv-196 CWR-FKB<br><br>Arising out of Case No. 3:18-cv-252, *Securities and Exchange Commission v. Arthur Lamar Adams and Madison Timber Properties, LLC*<br><br>Hon. Carlton W. Reeves, District Judge<br><br>**ORAL ARGUMENT REQUESTED** |

## BANKPLUS' MOTION TO DISMISS

Defendants BankPlus and BankPlus Wealth Management, LLC move this Court under Federal Rule of Civil Procedure 12(b)(6) to dismiss the action asserted by Plaintiff Allyson Mills, in her capacity as Receiver for Arthur Lamar Adams and Madison Timber Properties, LLC. For the reasons discussed in the attached memorandum, Plaintiff fails to state a claim and her action should be dismissed with prejudice.

Wherefore, Defendants BankPlus and BankPlus Wealth Management, LLC pray that their motion be granted and the Court enter a judgment dismissing the action asserted the Receiver with prejudice.

    Respectfully submitted,

    _____*/s/ Kaytie M. Pickett*_____

{N3823151.1}

        Kaytie M. Pickett (MS Bar 103202)
        Stacey Moore Buchanan (MS Bar 103882)
        JONES WALKER LLP
        190 E. Capitol St., Ste. 800
        Jackson, Mississippi 39205
        Telephone: (601) 949-4900
        Facsimile:  (601) 949-4804
        kpickett@joneswalker.com
        ***Attorneys for Defendants BankPlus & BankPlus Wealth Management LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all parties and/or their counsel of record, by e-mail, by ECF, facsimile, by-hand, and/or by United States mail.

Jackson, Mississippi, this 21st day of May, 2019.

        _____*/s/ Kaytie M. Pickett*_____

{N3823151.1}