# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

ALYSSON MILLS, IN HER CAPACITY AS
RECEIVER FOR ARTHUR LAMAR
ADAMS AND MADISON TIMBER
PROPERTIES, LLC,

    Plaintiff,

vs.

BANKPLUS; BANKPLUS WEALTH
MANAGEMENT, LLC; GEE GEE
PATRIDGE, VICE PRESIDENT AND
CHIEF OPERATING OFFICER OF
BANKPLUS; STEWART PATRIDGE;
JASON COWGILL; MARTIN
MURPHREE; MUTUAL OF OMAHA
INSURANCE COMPANY; AND MUTUAL
OF OMAHA INVESTOR SERVICES, INC.,

    Defendants.

CIVIL ACTION NO.
3:19-cv-00196-CWR-FKB

## GEE GEE PATRIDGE'S MOTION TO DISMISS

Gee Gee Patridge, by and through undersigned counsel, files this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) in response to the Complaint filed against her by Plaintiff Alysson Mills, in her capacity as Receiver for Arthur Lamar Adams and Madison Timber Properties, LLC. For the reasons set forth in Gee Gee Patridge's Memorandum of Law in support of this Motion to Dismiss, she respectfully requests the Court dismiss with prejudice Counts I, II, and III, of the Complaint for civil conspiracy, aiding and abetting, and negligence, gross negligence, and recklessness.

Respectfully submitted this, the 21st day of May, 2019.

**GEE GEE PATRIDGE**


 /s/  *Robert P. Thompson*
ROBERT P. THOMPSON


OF COUNSEL:

ROBERT P. THOMPSON, MSB #8188
LAURA W. GIVENS, MSB. #104189
McAngus, Goudelock and Courie, LLC
P. O. Box 2955 (39158)
1020 Highland Colony Parkway, Suite 706
Ridgeland, Mississippi 39157
(601) 427-7511
(601) 510-9525 (Fax)
bobby.thompson@mgclaw.com
laura.givens@mgclaw.com


JAY M. ATKINS, MSB #100513; TN #21371
McAngus, Goudelock and Courie, LLC
119 North 9th Street
Oxford, Mississippi 38655
(662) 281-7828
(662) 259-8460 (Fax)
jay.atkins@mgclaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of Court using the ECF system which sent notifications of service to all counsel of record.

This the 21st day of May, 2019.

      /s/ *Robert P. Thompson*
      ROBERT P. THOMPSON