# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ALYSSON MILLS, IN HER CAPACITY**     **PLAINTIFF**
**AS RECEIVER FOR ARTHUR LAMAR**
**ADAMS AND MADISON TIMBER**
**PROPERTIES, LLC,**

VS.     **CIVIL ACTION NO.: 3:19-cv-196-CWR-FKB**

**BANKPLUS; BANKPLUS WEALTH**
**MANAGEMENT, LLC; GEE GEE**
**PATRIDGE, VICE PRESIDENT AND CHIEF**
**OPERATING OFFICER OF BANKPLUS;**
**STEWART PATRIDGE; JASON COWGILL;**
**MARTIN MURPHREE; MUTUAL OF**
**OMAHA INSURANCE COMPANY; and**
**MUTUAL OF OMAHA INVESTOR**
**SERVICES, INC.**     **DEFENDANTS**

## MUTUAL OF OMAHA INSURANCE COMPANY'S
## MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR PARTIAL DISMISSAL

Mutual of Omaha Insurance Company ("Mutual") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, while reserving any and all other affirmative defenses, including the right to compel arbitration, hereby moves to dismiss the Complaint against it for the reasons set forth in its separate memorandum brief in support of this motion, or alternatively, to dismiss some of the claims against it.

WHEREFORE, PREMISES CONSIDERED, Mutual of Omaha Insurance Company hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint and all claims asserted therein against it, or, in the alternative, partial dismissal.

This, the 3rd day of June, 2019.

Respectfully submitted,

**MUTUAL OF OMAHA INSURANCE COMPANY**

By: *s/Kelly D. Simpkins*
Kelly D. Simpkins (MSB #9028)
Their Attorney

OF COUNSEL:

WELLS MARBLE & HURST, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone:    601-605-6900
Facsimile:      601-605-6901
ksimpkins@wellsmar.com

/269427